**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
|---|---|

This document relates to:

*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD) (SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD) (SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD) (SN)
*Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD) (SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD) (SN)
*Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD) (SN)
*Michael Bianco, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10902 (GBD) (SN)

**[PROPOSED] ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS IN THE ABOVE-CAPTIONED MATTERS ON BEHALF OF THE PLAINTIFFS IDENTIFIED IN EXHIBITS B**

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibits B to this Order, Plaintiffs in the above-captioned matters, who are each an estate of an individual who was killed in the terrorist attacks on September 11, 2001 as specifically identified in annexed Exhibits B-1 to B-7 (collectively, "Exhibits B"), and the judgment by default for liability only against Defendant Islamic Republic of Iran ("Iran") entered as follows:

| CASE NAME | CASE NO. | DATE MOTION FOR LIABILITY WAS FILED | ECF NO. FOR MOTION FOR LIABILITY THAT WAS FILED | DATE MOTION FOR LIABILITY WAS GRANTED | ECF NO. FOR MOTION FOR LIABILITY THAT WAS GRANTED |
|---|---|---|---|---|---|
| *BNY Mellon, et al. v. Islamic Republic of Iran* | No. 1:19-cv-11767 (GBD) (SN) | 11/12/2021 | ECF No. 7329 | | |

-1-

| *Deborah Bodner, et al. v. Islamic Republic of Iran* | No. 1:19-cv-11776 (GBD)(SN) | 11/12/2021 | ECF No. 7329 | | |
|---|---|---|---|---|---|
| *August Bernaerts, et al. v. Islamic Republic of Iran* | No. 1:19-cv-11865 (GBD)(SN) | 11/12/2021 | ECF No. 7329 | | |
| *Ber Barry Aron, et al. v. Islamic Republic of Iran* | No. 1:20-cv-09376 (GBD)(SN) | 11/12/2021 | ECF No. 7329 | | |
| *Jeanmarie Hargrave, et al. v. Islamic Republic of Iran* | No. 1:20-cv-09387 (GBD)(SN) | 11/12/2021 | ECF No. 7329 | | |
| *Paul Asaro, et al. v. Islamic Republic of Iran* | No. 1:20-cv-10460 (GBD)(SN) | 11/12/2021 | ECF No. 7329 | | |
| *Michael Bianco, et al. v. Islamic Republic of Iran* | No. 1:20-cv-10902 (GBD)(SN) | 11/12/2021 | ECF No. 7329 | | |

; together with the entire record in this case; IT IS HEREBY

**ORDERED** that partial final judgment is entered against Iran on behalf of the Plaintiffs in the above-captioned matters, as identified in the attached Exhibits B, who are each the estate

of a victim of the terrorist attacks on September 11, 2001, as indicated in the attached Exhibits B; and it is further

**ORDERED** that Plaintiffs identified in the attached Exhibits B are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in the attached Exhibits B; and it is further

**ORDERED** that Plaintiffs identified in the expert reports submitted in support of the Declaration of Jerry S. Goldman, Esq. ("Goldman Declaration") (and identified in Exhibits B), are awarded economic damages as set forth in the attached Exhibits B and as supported by the expert reports and analyses tendered in conjunction with the Goldman Declaration; and it is further

**ORDERED** that the Plaintiffs identified in the attached Exhibits B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is further

**ORDERED** that the Plaintiffs identified in the attached Exhibits B may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is further

**ORDERED** that the remaining Plaintiffs in the above-captioned matters not appearing in the attached Exhibits B may submit in later stages applications for damages awards, and to the extent they are for solatium damages or by estates for compensatory damages or for decedents' pain and suffering from the September 11th attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on the attached Exhibits B.

docs-100418165.1

**SO ORDERED:**

*/s/ George B. Daniels*

GEORGE B. DANIELS
United States District Judge

Dated: New York, New York
_____, 202\_
**JAN 0 4 2022**

-4-

# EXHIBIT A

**Ex. A**

Intentionally Omitted

# EXHIBIT B

Ex. B-1

BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Alexander | Anthony | Centro | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 2. | John | | D'Allara | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Kevin | Christopher | Dowdell | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Dean | Phillip | Eberling | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Stephen | J. | Fiorelli | Sr. | | $2,000,000.00 | $2,000,000.00 |
| 6. | Thomas | | Gambino | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 7. | Steven | James | Genovese | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Vincent | Gerard | Halloran | | | $2,000,000.00 | $2,000,000.00 |
| TOTALS | | | | | | $16,000,000.00 | $16,000,000.00 |

docs-100420003.1

**Ex. B-2**

Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Kathleen | Anne | Hunt-Casey | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Andrew | Brian | Jordan | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Charles | Henry | Karczewski | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Thomas | | Langone | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Peter | | Langone | | | $2,000,000.00 | $2,000,000.00 |
| 6. | Edward | Hobbs | Luckett | | | $2,000,000.00 | $2,000,000.00 |
| 7. | Terence | Augustine | McShane | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Vincent | Scott | Morello | | | $2,000,000.00 | $2,000,000.00 |
| | TOTALS | | | | | $16,000,000.00 | $16,000,000.00 |

docs-100420004.1

**Ex. B-3**

August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Mary | Catherine | Boffa | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Dennis | Michael | Edwards | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Richard | S. | Morgan | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Luke | Girard | Nee | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Moises | Norberto | Rivas | | | $2,000,000.00 | $2,000,000.00 |
| 6. | Rafael | Humberto | Santos | | | $2,000,000.00 | $2,000,000.00 |
| 7. | Steven | Frank | Strobert | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Donnie | Brooks | Taylor | | | $2,000,000.00 | $2,000,000.00 |
| 9. | Raymond | Robert | York | | | $2,000,000.00 | $2,000,000.00 |
| 10. | Kenneth | | Zelman | | | $2,000,000.00 | $2,000,000.00 |
| | TOTALS | | | | | $20,000,000.00 | $20,000,000.00 |

Ex. B-4

Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|    | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|----|---------------------|----------------------|--------------------|-------------|------------------------|----------------------------|---------------------|
| 1. | John                | Paul                 | Bocchi             |             |                        | $2,000,000.00              | $2,000,000.00       |
| 2. | Mark                | Francis              | Broderick          |             |                        | $2,000,000.00              | $2,000,000.00       |
| 3. | Timothy             | John                 | Coughlin           |             |                        | $2,000,000.00              | $2,000,000.00       |
| 4. | Emerita             |                      | De La Pena         |             |                        | $2,000,000.00              | $2,000,000.00       |
| 5. | Judith              | Berquis              | Diaz-Sierra        |             |                        | $2,000,000.00              | $2,000,000.00       |
| 6. | Wendy               | Ruth                 | Faulkner           |             | $3,967,999.00          | $2,000,000.00              | $5,967,999.00       |
| 7. | Timothy             | Joseph               | Finnerty           |             |                        | $2,000,000.00              | $2,000,000.00       |
| 8. | Carl                | Martin               | Flickinger         |             |                        | $2,000,000.00              | $2,000,000.00       |
| 9. | Paul                | William              | Innella            |             | $2,374,462.00          | $2,000,000.00              | $4,374,462.00       |
| TOTALS |                 |                      |                    |             | $6,342,461.00          | $18,000,000.00             | $24,342,461.00      |

**Ex. B-5**

Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Glenn | Davis | Kirwin | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Joseph | Ross | Marchbanks | Jr. | | $2,000,000.00 | $2,000,000.00 |
| 3. | Timothy | Joseph | Maude | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Kathy | Nancy | Mazza | | | $2,000,000.00 | $2,000,000.00 |
| 5. | James | Francis | Murphy | IV | | $2,000,000.00 | $2,000,000.00 |
| 6. | Joseph | Michael | Navas | | | $2,000,000.00 | $2,000,000.00 |
| 7. | Maria | Isabel | Ramirez | | | $2,000,000.00 | $2,000,000.00 |
| 8. | David | Eliot | Retik | | | $2,000,000.00 | $2,000,000.00 |
| 9. | Donald | Walter | Robertson | Jr. | | $2,000,000.00 | $2,000,000.00 |
| | **TOTALS** | | | | | $18,000,000.00 | $18,000,000.00 |

Ex. B-6

Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

| | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | Renee | | Barrett-Arjune | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Joseph | John | Hasson | III | | $2,000,000.00 | $2,000,000.00 |
| 3. | Matthew | Gerard | Leonard | | $5,619,820.00 | $2,000,000.00 | $7,619,820.00 |
| 4. | Keith | Kevin | O'Connor | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Robert | David | Peraza | | | $2,000,000.00 | $2,000,000.00 |
| 6. | Aida | | Rosario | | | $2,000,000.00 | $2,000,000.00 |
| 7. | Lonny | Jay | Stone | | | $2,000,000.00 | $2,000,000.00 |
| 8. | Ivan | | Vale | | | $2,000,000.00 | $2,000,000.00 |
| 9. | Scott | Jeffrey | Weingard | | | $2,000,000.00 | $2,000,000.00 |
| | TOTALS | | | | $5,619,820.00 | $18,000,000.00 | $23,619,820.00 |

**Ex. B-7**

Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD) (SN)

*(Alphabetically by Last Name of 9/11 Decedent)*

|   | DECEDENT First Name | DECEDENT Middle Name | DECEDENT Last Name | Suffix Name | Economic Damage Amount | Non-Economic Damage Amount | TOTAL Damage Amount |
|---|---|---|---|---|---|---|---|
| 1. | John | Joseph | Doherty | | | $2,000,000.00 | $2,000,000.00 |
| 2. | Patrick | Thomas | Dwyer | | | $2,000,000.00 | $2,000,000.00 |
| 3. | Michele | Ann | Nelson | | | $2,000,000.00 | $2,000,000.00 |
| 4. | Patrick | John | O'Shea | | | $2,000,000.00 | $2,000,000.00 |
| 5. | Courtney | Wainsworth | Walcott | | | $2,000,000.00 | $2,000,000.00 |

**TOTALS** $10,000,000.00  $10,000,000.00