| # | Personal Representative ||| | Claimant |||| | 9/11 Decedent ||||| Date of Death | 9/11 Site | Claim Information ||| Solatium Damages |||||| Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 |  |  | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble |  |
| 1 |  |  |  |  | Alfredo |  | Bordenabe |  |  | Krystine |  | Bordenabe |  | USA | 9/11/2001 | NY | 23cv10824 | 23cv10824, 1 at 1 |  | Spouse | N/A | N/A | $12,500,000.00 | N/A |  |
| 2 |  |  |  |  | Andrew | Thomas | Godsil |  | USA | Krystine |  | Bordenabe |  | USA | 9/11/2001 | NY | 23cv10824 | 23cv10824, 1 at 1 |  | Child | N/A | N/A | $8,500,000.00 | N/A |  |
| 3 |  |  |  |  | Julia | Elise | Ciccone |  | USA | Alex | F. | Ciccone |  | USA | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 1 |  | Child | N/A | N/A | $8,500,000.00 | N/A |  |
| 4 |  |  |  |  | Stephen |  | Ciccone |  | USA | Alex | F. | Ciccone |  | USA | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 1 |  | Child | N/A | N/A | $8,500,000.00 | N/A |  |
| 5 |  |  |  |  | Cristian | Michael | Diaz-Piedra |  | USA | Michael | Angelo | Diaz-Piedra | III | USA | 9/11/2001 | NY | 22cv10823 | 22cv10823, 1 at 2 | 10671 at 3 | Child | N/A | N/A | $8,500,000.00 | N/A |  |
| 6 | Kyle |  | Foster |  | Kenneth |  | Foster |  | USA | Sandra | N. | Foster |  | USA | 9/11/2001 | VA | 18cv12276 | 18cv12276, 1 at 8 | 10807 at 3 | Spouse (Deceased) | N/A | N/A | $12,500,000.00 | N/A |  |
| 7 |  |  |  |  | Deborah |  | Ivory |  | USA | Lacey | B. | Ivory |  | USA | 9/11/2001 | VA | 23cv05790 | 23cv05790, 10 at 6 |  | Spouse | N/A | N/A | $12,500,000.00 | N/A |  |
| 8 |  |  |  |  | Suzanne | Ledee | Garcia |  | USA | Kenneth | Charles | Ledee |  | USA | 9/11/2001 | NY | 22cv10823 | 22cv10823, 1 at 1 |  | Sibling | N/A | N/A | $4,250,000.00 | N/A |  |
| 9 | Neanta |  | McCants |  | Trisha | Diaonne | McCants |  | USA | Judy |  | Rowlett |  | USA | 9/11/2001 | VA | 22cv10823 | 22cv10823, 1 at 2 |  | Child (Deceased) | N/A | N/A | $8,500,000.00 | N/A |  |
| 10 |  |  |  |  | John |  | Ruddle |  | USA | David | Michael | Ruddle |  | USA | 9/11/2001 | NY | 22cv05193 | 22cv05193, 1 at 3 | 10806 at 3 | Sibling | N/A | N/A | $4,250,000.00 | N/A |  |
| 11 | Mary |  | Migliaccio |  | James |  | Schuler |  | USA | Susan | Lee | Schuler |  | USA | 9/11/2001 | NY | 18cv05331 | 18cv05331, 5 at 7 | 10805 at 3 | Spouse (Deceased) | N/A | N/A | $12,500,000.00 | N/A |  |
| 12 |  |  |  |  | Donald | B. | Smith |  | USA | Gary | Francis | Smith |  | USA | 9/11/2001 | VA | 22cv10823 | 22cv10823, 1 at 1 |  | Sibling | N/A | N/A | $4,250,000.00 | N/A |  |