**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IN RE:                                                                          03 MDL 1570 (GBD) (SN)

TERRORIST ATTACKS ON                                        **PARTIAL JUDGMENT**
SEPTEMBER 11, 2001

-----------------------------------------------------------X

This document relates to:

    Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1: 18-cv-12276 (GBD)(SN)

    Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1 :18-cv-11875 (GBD)(SN)

    BNY Mellon, et al. v. Islamic Republic of Iran, No. I: 19-cv-11767 (GBD)(SN)

    Susan M King, et al. v. Islamic Republic of Iran, No. 1 :22-cv-05193 (GBD)(SN)

    Justin Strauss, et al. v. Islamic Republic of Iran, No. 1:22-cv-10823 (GBD)(SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 19, 2024, the Plaintiffs listed in Exhibit A move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. It is ORDERED that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein; and it is ORDERED that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibit A may submit future applications for punitive or other damages at a later date

consistent with any future rulings of this Court; and it is ORDERED that Plaintiffs not appearing in Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already.

**Dated:**  New York, New York

       August 6, 2025

                                            **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                  **BY:**
                                            **Deputy Clerk**

# Exhibit A

| Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | | 9/11 Decedent | | | | Claim Information | | Pain & Suffering Damages | | | Economic Damages | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First | Middle | Last | Suffix | First | Middle | Last | Suffix | Complaint | Amendments & Substitutions | Prior Award | Amount | Treble | Report | Date of Report | Prior Award | Amount | Treble |
| 1 | Gordon | | Aamoth | Sr. | Gordon | McConnel | Aamoth | Jr. | 18cv12276, 1 at 1 | | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 1. | 10/1/24 | N/A | $3,165,641.00 | N/A |
| 2 | Page | Dantzler | Dickerson | | Jerry | Don | Dickerson | | 22cv05153, 1 at 5 | | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 24. | 10/1/24 | N/A | $3,094,892.00 | N/A |
| 3 | Danielle | | Fehling-Wasnieski | | Lee | Stanley | Fehling | | 22cv05153, 1 at 4 | | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 39. | 10/1/24 | N/A | $6,520,125.00 | N/A |
| 4 | Barbara | | Keane | | Timothy | Aaron | Haviland | | 18cv11707, 5 at 7 | 8332 at 3; 8335 (granting 8332) | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 56. | 10/1/24 | N/A | $1,972,644.00 | N/A |
| 5 | Elisa | P. | Melani | | Michael | | Lomax | | 18cv11875, 6 at 3 | | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 79. | 10/1/24 | N/A | $6,879,154.00 | N/A |
| 6 | Brian | | Weaver | | Walter | Edward | Weaver | | 22cv10823, 1 at 1 | | N/A | N/A | N/A | See Exhibit B-3 to Declaration of Jerry S. Goldman, Esq. at page 102. | 10/1/24 | N/A | $4,270,678.00 | N/A |