UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

------------------------------------x

ORDER

03 MDL 1570 (GBD) (SN)

This document relates to:

>   *Burnett v. Islamic Republic of Iran*, 15-cv-09903 (GBD)(SN)
>   *BNY Mellon, et al. v. Islamic Republic of Iran*, 19-cv-11767 (GBD)(SN)
>   *Deborah Bodner, et al v. Islamic Republic of Iran*, 19-cv-11776 (GBN)(SN)

## ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF THE *HALLORAN* AND *JORDAN* PLAINTIFFS

GEORGE B. DANIELS, United States District Judge:

The *Halloran* and *Jordan* Plaintiffs move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. (ECF Nos. 11032, 11033, 11034, 11434, 11435, 11436.)[1] This Court previously ordered Plaintiffs to correct various defects in its original motions. (*See* ECF No. 11429.) Plaintiffs have cured the defects identified by this Court in its prior orders. Upon consideration of the evidence and arguments set forth in the Declarations of John F. Schutty, Esq. and the exhibits thereto (ECF No. 11435); and in light of the default judgments as to liability against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, the "Iran Defendants") entered on January 31, 2017 (Case No. 15-cv-9903, ECF No. 85); together with the entire record in this case, it is hereby

**ORDERED** that a partial final judgment for compensatory economic damages is entered

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

in favor of 9/11 Decedent Plaintiffs Estates of Vincent Halloran and Andrew Jordan and against Defendant the Islamic Republic of Iran as stated both below and on the attached Exhibit B herein; and,

**ORDERED** that the *Halloran* Plaintiffs are awarded economic compensatory damages to the 9/11 Decedent Estate of Vincent Halloran in the amount of $3,612,754; and, **IT IS FURTHER ORDERED** that the Defendant Islamic Republic of Iran is liable for the entire JUDGMENT on compensatory economic loss damages;

**ORDERED** that the *Jordan* Plaintiffs are awarded economic compensatory damages to the 9/11 Decedent Estate of Andrew Jordan in the amount of $2,607,424; and **IT IS FURTHER ORDERED** that the Defendant Islamic Republic of Iran is liable for the entire JUDGMENT on compensatory economic loss damages; and,

**IT IS FURTHER ORDERED** that the *Halloran* and *Jordan* Plaintiffs' may present an application for punitive damages at a future time consistent with further orders of the Court in the multi-district litigation captioned *In Re: Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN) 1570; and,

**IT IS FURTHER ORDERED** that the compensatory damages awards described on the chart attached as Exhibit B are hereby affirmed and awarded to the *Halloran* and *Jordan* Plaintiffs.

The Clerk of Court is further directed to close the motions at:

- ECF No. 11032, in 03-md-1570
- ECF No. 11434, in 03-md-1570
- ECF No. 1012, in 15-cv-9903
- ECF No. 1063, in 15-cv-9903
- ECF No. 235, in 19-cv-11767

- ECF No. 248, in 19-cv-11767
- ECF No. 227, in 19-cv-11776
- ECF No. 242, in 19-cv-11776

Dated: January JAN 24 2026
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

# Exhibit B

Estates - Economic - (description)

| P | Personal Representative | | | 9/11 Decedent | | | | | | | Claim Information | | | Economic Damages | | | | Judgment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & | Report | Date of Report | Prior Award | Amount | Treble | Principal | Start Date | End Date | Notes |
| 1 | Mone | | Halloran | | Vincent | G | Halloran | | X | USA | 9/11/01 | NY | 19cv11767 | 5 at 85 | 15cv9903, 53 | Expert Report | 12/22/03 | N/A | $5,612,754.00 | | | | |
| 2 | Lisa | | Jordan | | Andrew | | Jordan | | | USA | 9/11/01 | NY | 19cv11776 | 5 at 18 | 15cv9903, 53 | Expert Report | 12/11/03 | N.A. | $2,607,424.00 | | | | |